1  CHRISTINE LEPERA (*pro hac vice* application to be submitted)
     ctl@msk.com
2  JEFFREY M. MOVIT (*pro hac vice* application to be submitted)
     jmm@msk.com
3  LEO M. LICHTMAN (SBN 335779)
     lml@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   437 Madison Ave., 25th Floor
5  New York, New York 10022-7001
   Telephone: (212) 509-3900
6  Facsimile: (212) 509-7239

7  DAVID A. STEINBERG (SBN 130593)
     das@msk.com
8  ALEXANDRA ANFUSO (SBN 333440)
     ala@msk.com
9  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
10 Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
11 Facsimile: (310) 312-3100

12 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABKCO MUSIC, INC.; BIG MACHINE MUSIC, LLC; BOOSEY & HAWKES, INC.; CHERIO CORPORATION; CONCORD MUSIC PUBLISHING LLC.; CONCORD MUSIC GROUP, INC.; DOWNTOWN MUSIC PUBLISHING LLC; HIPGNOSIS SFH I LIMITED; HIPGNOSIS SONGS GROUP, LLC; KOBALT MUSIC PUBLISHING AMERICA, INC.; MPL COMMUNICATIONS, INC.; MPL MUSIC PUBLISHING, INC.; PANTHER MUSIC CORP.; PEER INTERNATIONAL CORPORATION; PEERMUSIC LTD.; PEERMUSIC III, LTD.; POLYGRAM PUBLISHING, INC.; RODGERS & HAMMERSTEIN HOLDINGS LLC; PULSE 2.0, LLC; RESERVOIR MEDIA MANAGEMENT, INC.; SONGS OF PEER, LTD.; SONGS OF UNIVERSAL, INC.; SOUTHERN MUSIC PUBLISHING CO., INC.; SPIRIT MUSIC HOLDINGS, INC.; | CASE NO.<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

UNIVERSAL MUSIC – MGB NA LLC; UNIVERSAL MUSIC – Z TUNES LLC; UNIVERSAL MUSIC CORP.; UNIVERSAL MUSIC PUBLISHING, INC.; UNIVERSAL MUSICA, INC.,

        Plaintiffs,

    v.

ROBLOX CORPORATION,

        Defendant.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs disclose the following:

Plaintiff ABKCO Music, Inc. is a wholly-owned subsidiary of ABKCO Music & Records, Inc., a privately held corporation organized under the laws of New York.  No publicly held corporation owns ten percent (10%) or more of ABKCO Music, Inc.

Plaintiff Big Machine Music, LLC is a wholly-owned indirect subsidiary of HYBE Co., Ltd., a publicly traded company in South Korea.  No other publicly held corporation owns ten percent (10%) or more of Big Machine Music, LLC.

Plaintiffs Boosey & Hawkes, Inc., Concord Music Publishing LLC, Concord Music Group, Inc., and Rodgers & Hammerstein Holdings LLC are, directly or indirectly, wholly-owned subsidiaries of Axton Copyrights, LLC, a limited liability company organized under the laws of Delaware.  No publicly held corporation owns ten percent (10%) or more of Boosey & Hawkes, Inc., Concord Music Publishing LLC, Concord Music Group, Inc., and Rodgers & Hammerstein Holdings LLC.  Plaintiff Pulse 2.0, LLC is jointly owned by Plaintiff Concord Music Publishing, LLC and by CYPMP, LLC d/b/a Pulse Music Group, which is a limited liability company organized under the laws of Delaware.  No publicly held corporation owns ten percent (10%) or more of Pulse 2.0, LLC.

Mitchell Silberberg & Knupp LLP

13242110.2

2

Plaintiff Downtown Music Publishing LLC is a wholly owned subsidiary of Downtown Music Holdings (IOM) Limited, a privately held Isle of Man company. No publicly held corporation owns ten percent (10%) or more of Downtown Music Publishing LLC.

Plaintiffs Hipgnosis Songs Group, LLC and Hipgnosis SFH I Limited are wholly owned subsidiaries of Hipgnosis Holdings UK Limited, a privately held British company, which is a wholly owned subsidiary of Hipgnosis Songs Fund Ltd., a publicly listed company organized under the laws of Guernsey. No other publicly held corporation owns ten percent (10%) or more Hipgnosis Songs Group, LLC and Hipgnosis SFH I Limited.

Plaintiff Kobalt Music Publishing America, Inc. is a wholly-owned subsidiary of Kobalt America Holdings, Inc, a privately held corporation organized under the laws of Delaware, which is a wholly-owned subsidiary of Kobalt London Limited, a privately held British company, which is a wholly-owned subsidiary of Kobalt Music Group Limited, a privately held British company. No publicly held corporation owns ten percent (10%) or more of Kobalt Music Publishing America, Inc.

Plaintiff MPL Music Publishing, Inc. is a wholly-owned subsidiary of Plaintiff MPL Communications, Inc., which is a privately held corporation existing under the laws of Delaware. Plaintiff Cherio Corporation has no parent company. No publicly held corporation owns ten percent (10%) or more of MPL Music Publishing, Inc., MPL Communications, Inc., or Cherio Corporation.

Plaintiffs Panther Music Corp., Peer International Corporation, Songs of Peer, Ltd., Peermusic Ltd., Southern Music Publishing Co., Inc. are all, directly or indirectly, wholly-owned subsidiaries of Plaintiff Peermusic III, Ltd., which is a privately held company organized under the laws of Delaware. No publicly held corporation owns ten percent (10%) or more of Panther Music Corp., Peer

International Corporation, Songs of Peer, Ltd., Peermusic Ltd., Southern Music Publishing Co., Inc. or of Peermusic III, Ltd.

Plaintiff Reservoir Media Management, Inc. is a wholly-owned subsidiary of Reservoir Holdings, Inc., a privately held corporation organized under the laws of Delaware. No publicly held corporation owns ten percent (10%) or more of Reservoir Media Management, Inc.

Plaintiff Spirit Music Holdings, Inc. is a wholly owned subsidiary of Lyric Capital Holdings I, LP a Cayman Islands limited partnership. No publicly held corporation owns ten percent (10%) or more of Spirit Music Holdings, Inc.

Plaintiff Universal Music Corp., Universal Music Publishing, Inc., Songs of Universal, Inc., Universal Music – MGB NA LLC, PolyGram Publishing, Inc., Universal Music – Z Tunes LLC, Universal Musica, Inc. are indirect subsidiaries of Vivendi S.E., a publicly held French Company. No other publicly held corporation owns ten percent (10%) or more of Universal Music Corp., Universal Music Publishing, Inc., Songs of Universal, Inc., Universal Music – MGB NA LLC, PolyGram Publishing, Inc., Universal Music – Z Tunes LLC, Universal Musica, Inc.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiffs, certify that the following listed parties may have a pecuniary interest in the outcome of this case. The representations are made to enable the Court to evaluate possible disqualification or recusal:

- ABKCO Music, Inc.
- ABKCO Music & Records, Inc.
- Big Machine Music, LLC
- HYBE Co., Ltd.
- Boosey & Hawkes, Inc.
- Concord Music Publishing LLC
- Concord Music Group, Inc.

1. - Rodgers & Hammerstein Holdings LLC
2. - Axton Copyrights, LLC
3. - Pulse 2.0, LLC
4. - CYPMP, LLC d/b/a Pulse Music Group
5. - Downtown Music Publishing LLC
6. - Downtown Music Holdings (IOM) Limited
7. - Hipgnosis Songs Group, LLC
8. - Hipgnosis SFH I Limited
9. - Hipgnosis Holdings UK Limited
10. - Hipgnosis Songs Fund Ltd.
11. - Kobalt Music Publishing America, Inc.
12. - Kobalt London Limited
13. - Kobalt Music Group Limited
14. - MPL Music Publishing, Inc.
15. - MPL Communications, Inc.
16. - Cherio Corporation
17. - Panther Music Corp.
18. - Peer International Corporation
19. - Songs of Peer, Ltd.
20. - Peermusic Ltd.
21. - Southern Music Publishing Co., Inc.
22. - Peermusic III, Ltd.
23. - Reservoir Media Management, Inc.
24. - Reservoir Holdings, Inc.
25. - Spirit Music Holdings, Inc.
26. - Lyric Capital Holdings I, LP
27. - Universal Music Corp.
28. - Universal Music Publishing, Inc.

- Songs of Universal, Inc.
- Universal Music – MGB NA LLC
- PolyGram Publishing, Inc.
- Universal Music – Z Tunes LLC
- Universal Musica, Inc.
- Vivendi S.E.
- Joel Thomas Zimmerman p/k/a deamau5
- Roblox Corporation

The undersigned is presently unaware of any other parties that must be disclosed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure or Local Rule 7.1-1.

DATED: June 9, 2021                    MITCHELL SILBERBERG & KNUPP LLP

                                       By:  /s/ David A. Steinberg
                                            David A. Steinberg
                                            Attorneys for Plaintiffs