1 | CHRISTINE LEPERA (*pro hac vice*)
     ctl@msk.com
2 | JEFFREY M. MOVIT (*pro hac vice*)
     jmm@msk.com
3 | LEO M. LICHTMAN (SBN 335779)
     lml@msk.com
4 | MITCHELL SILBERBERG & KNUPP LLP
   437 Madison Ave., 25th Floor
5 | New York, New York 10022-7001
   Telephone: (212) 509-3900
6 | Facsimile: (212) 509-7239

7 | DAVID A. STEINBERG (SBN 130593)
     das@msk.com
8 | ALEXANDRA ANFUSO (SBN 333440)
     ala@msk.com
9 | MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
10 | Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
11 | Facsimile: (310) 312-3100

12 | Attorneys for Plaintiffs

13

UNITED STATES DISTRICT COURT

14

CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| ABKCO MUSIC, INC., *et al.*, | CASE NO. 2:21-cv-04705-RSWL-MAA |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| ROBLOX CORPORATION, | |
| Defendant. | |

21   PLEASE TAKE NOTICE that Plaintiffs ABKCO Music Inc., Big Machine

22  Music, LLC, Boosey & Hawkes, Inc., Cherio Corporation, Concord Music

23  Publishing LLC, Concord Music Group, Inc., Downtown Music Publishing LLC,

24  Hipgnosis SFH I Limited, Hipgnosis Songs Group, LLC, Kobalt Music Publishing

25  America, Inc., MPL Communications, Inc., MPL Music Publishing, Inc., Panther

26  Music Corp., Peer International Corporation, Peermusic Ltd., Peermusic III, Ltd.,

27  Polygram Publishing, Inc., Rodgers & Hammerstein Holdings LLC, Pulse 2.0,

28  LLC, Reservoir Media Management, Inc., Songs of Peer, Ltd., Songs of Universal,

Mitchell
Silberberg &
Knupp LLP

13442202.1

1

US-DOCS\126398239.1

1

Inc., Southern Music Publishing Co., Inc., Spirit Music Holdings, Inc., Universal

2

Music – MGB NA LLC, Universal Music – Z Tunes LLC, Universal Music Corp.,

3

Universal Music Publishing, Inc., and Universal Musica, Inc. and Defendant

4

Roblox Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate

5

and agree to the dismissal of all claims in this action, with prejudice.

6

7

8

9

10

IT IS SO STIPULATED.

11

Dated: September 27, 2021

12

MITCHELL SILBERBERG & KNUPP LLP

13

14

/s/David A. Steinberg

David A. Steinberg
*das@msk.com*

15

Alexandra Anfuso
*ala@msk.com*

16

2049 Century Park East, 18th Floor

17

Los Angeles, California 90067-3120
Telephone: +1.310.312.2000

18

Facsimile: +1.310.312.3100

19

Christine Lepera

20

(*pro hac vice*)
*ctl@msk.com@msk.com*

21

Jeffrey M. Movit
(*pro hac vice*)

22

*jmm@msk.com@msk.com*
Leo M. Lichtman

23

*lml@msk.com@msk.com*
437 Madison Avenue

24

New York, New York 10022-7001
Telephone: +1.212.509.3900

25

Facsimile: +1.212.509.7239

26

*Attorneys for Plaintiffs*

27

28

Mitchell
Silberberg &
Knupp LLP

13442202.1

US-DOCS\126398239.1

2

1

WILSON SONSINI
GOODRICH & ROSATI
Professional Corporation

2

LATHAM & WATKINS LLP

By:   /s/Andrew M. Gass
        Andrew M. Gass (Bar No. 259694)
        *andrew.gass@lw.com*
      Joseph R. Wetzel (Bar No. 238008)
        *joe.wetzel@lw.com*
      505 Montgomery Street, Suite 2000
      San Francisco, California 94111
      Telephone:  +1.415.391.0600
      Facsimile:  +1.415.395.8095

3

Colleen Bal (Bar No. 167637)
cbal@wsgr.com

4

John P. Flynn (Bar No. 141094)
jflynn@wsgr.com

5

Joshua A. Baskin (Bar No. 294971)
jbaskin@wsgr.com

6

7

One Market Plaza
Spear Tower Suite 3300

8

San Francisco, CA 94114
Telephone: (415) 947-2000

9

Facsimile: (415) 947-2999

      Allison L. Stillman
      (*pro hac vice*)
        *alli.stillman@lw.com*
      1271 Avenue of the Americas
      New York, New York 10022
      Telephone:  +1.212.906.1200
      Facsimile:  +1.212.751.4864

10

Steffen Johnson
(*pro hac vice*)

11

sjohnson@wsgr.com

12

Gary Greenstein (Bar No. 183994)
ggreenstein@wsgr.com

      Elana Nightingale Dawson
      (*pro hac vice*)
      *elana.nightingaledawson@lw.com*
      555 Eleventh Street, NW, Suite 1000
      Washington, DC 20004
      Telephone: +1.202.637.2200
      Facsimile: +1.202.637.2201

13

1700 K St. NW

14

Washington, DC 20006
Telephone: (202) 973-8800

15

Facsimile: (202) 973-8899

16

      Robert J. Ellison (Bar No. 274374)
        *robert.ellison@lw.com*
      10250 Constellation Blvd., Suite 1100
      Los Angeles, California 90067
      Telephone: +1.424.653.5500
      Facsimile: +1.424.653.5501

17

    Andy Gass' state bar No. -
    and Joe Wetzel's state bar No.-

18

    238008

19

*Attorneys for Defendant Roblox Corporation*

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

13442202.1

US-DOCS\126398239.1

3

1

**ATTESTATION**

2       Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories

3   listed, and on whose behalf the filing is submitted, concur in the filing's content and

4   have authorized this filing.

5

6   Dated:  September 27, 2021               MITCHELL SILBERBERG & KNUPP LLP

7

8                                           By: /s/David A. Steinberg
                                                David A. Steinberg
9                                               *Attorneys for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Mitchell   28
Silberberg &
Knupp LLP
                                                 4
13442202.1

US-DOCS\126398239.1