UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABKCO MUSIC, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBLOX CORPORATION, <br><br> Defendant. | Case No. 2:21-cv-04705-RSWL-MAA <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Before the Court is the Joint Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of Plaintiffs ABKCO Music Inc., Big Machine Music, LLC, Boosey & Hawkes, Inc., Cherio Corporation, Concord Music Publishing LLC, Concord Music Group, Inc., Downtown Music Publishing LLC, Hipgnosis SFH I Limited, Hipgnosis Songs Group, LLC, Kobalt Music Publishing America, Inc., MPL Communications, Inc., MPL Music Publishing, Inc., Panther Music Corp., Peer International Corporation, Peermusic Ltd., Peermusic III, Ltd., Polygram Publishing, Inc., Rodgers & Hammerstein Holdings LLC, Pulse 2.0, LLC, Reservoir Media Management, Inc., Songs of Peer, Ltd., Songs of Universal, Inc., Southern Music Publishing Co., Inc., Spirit Music Holdings, Inc., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, Universal Music Corp., Universal Music Publishing, Inc., Universal Musica, Inc. and Defendant Roblox Corporation.

1  Having considered the Stipulation, the Court finds that the Stipulation
2  should be GRANTED.
3  IT IS THEREFORE ORDERED that:
4  The above-captioned case is hereby dismissed in its entirety pursuant to Fed.
5  R. Civ. P. 41(a)(1)(A)(ii), WITH PREJUDICE.

7  **IT IS SO ORDERED.**

9  Dated: _____     _____
                                        Hon. Ronald S.W. Lew
10                                      United States District Judge

Mitchell Silberberg & Knupp LLP

13496571.1

2