AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Central District of California<br>Western Division |
|---|---|
| DOCKET NO.<br>2:21CV04705-RSWL | DATE FILED<br>6/9/2021 | |
| PLAINTIFF<br>ABKCO Music, Inc., et al. | DEFENDANT<br>Roblox Corporation |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Exhibit A, attached hereto | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☒ No | DATE RENDERED<br>9/29/2021 |
|---|---|---|
| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>S. Hall-Brown | DATE<br>9/30/2021 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

American LegalNet, Inc.
www.FormsWorkFlow.com

# EXHIBIT A

<u>Exhibit A</u>
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| 10.8 | PA 2-294-804 | Zimmerman; Kobalt |
| 1999 | PAu 440-507; PA 157-921 | Universal |
| 2448 | PA 2-055-461 | Zimmerman; Kobalt |
| 3005 | PA 1-924-016 | Universal |
| 3500 | PA 2-096-035 | Universal |
| (Rock) Superstar | PA 1-009-112 | Universal |
| (Sittin' On) The Dock Of The Bay | EU 33492; EP 264255; EP 335847; EP 335846; EP 335845; PA 785-964; PAu 2-279-253; PAu 2-069-906; RE 760-653 | Universal |
| 0 To 100 | PA 1-981-715 | Universal |
| 10,000 Hours | PA 2-212-950; PA 2-212-950 | Big Machine; Universal |
| 2 Of Amerikaz Most Wanted | PA 1-070-596 | Universal |
| 2 Phones | PA 2-082-983 | Concord Music |
| 21 Guns | PA 1-653-856 | Universal |
| 25 Or 6 To 4 | EP 277250; RE 78-292 | Spirit |
| 2U | PA 2-081-377 | Universal |
| 4 Minutes To Save The World | PA 1-693-172 | Universal |
| 5 To 9 | PA 1-852-906 | Hipgnosis |
| 7 Rings | PA 2-187-265 | Concord Music |
| 8Bit | PA 2-294-863 | Zimmerman; Kobalt |
| Achy Breaky Song | PA 534-864; PA 713-892 | Universal |
| Adore You | PA 2-265-129 | Concord Music |
| Ain't Going Down (Til The Sun Comes Up) | PA 675-437 | Universal |
| Ain't No Sunshine | EU 243844; EP 376752; RE 827-146 | Universal |
| Ain't Your Mama | PA 2-061-817 | Universal |
| Airplane Pt 2 | PA 2-148-640 | Reservoir |
| Airplanes | PA 1-731-016 | Universal |
| Alien | PA 1-917-964 | Universal |
| Alive | PA 544-549; PA 563-413 | Universal |
| All Around The World | PA 1-850-389 | Universal |
| All Eyez On Me | PA 1-070-609 | Universal |
| All I Do Is Win | PA 2-072-437 | Universal |
| All My Love | PA 1-986-622 | Reservoir |
| All Night Long | PA 218-613 | Hipgnosis |
| All Of The Lights | PA 1-783-122; PA 2-074-360 | Universal |
| All That Matters | PA 1-907-231 | Universal |
| All The Good Girls Go To Hell | PA 2-190-193 | Universal |
| All The Things She Said | PA 1-105-056 | Universal |
| All Those Years Ago | PA 181-849 | Concord Music |
| All Time Low | PA 2-048-482 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Alone | PA 2-113-448 | Universal |
| Ambitionz Az A Ridah | PA 1-070-592 | Universal |
| American Boy | PA 1-599-813; PA 1-659-161 | Reservoir; Universal |
| American Girl | EU 721156; RE 890-825 | Universal |
| American Pie | EU 284299; EP 295357 | Universal |
| Amerika | PA 1-163-523 | Universal |
| Amish Paradise | PA 705-091; PA 809-516 | Universal |
| Anaconda | PA 2-062-630 | Universal |
| And I Am Telling You I'm Not Going | PAu 365-845; PA 147-794 | Universal |
| Angel Of Death | PA 343-118 | Universal |
| Angels & Demons | PA 2-284-117 | Concord Music |
| Animal | PAu 3-532-360 | Concord Music |
| Animals | PA 1-980-504 | Universal |
| Another Life | PA 2-085-734 | Universal |
| Another Night | PA 795-554 | Universal |
| Another Way Out | PA 1-861-555 | Universal |
| Any Way You Want It | PA 66-904 | Hipgnosis |
| Are Friends Electric | PA 112-329 | Hipgnosis |
| Around The World | PA 895-701 | Universal |
| As Long As You Love Me | PA 1-850-386 | Universal |
| At My Best | PA 2-084-857 | Universal |
| Automatic | PA 202-235 | Universal |
| Away From The Sun | PA 1-120-567 | Universal |
| Ayo | PA 2-063-114; PA 2-094-632 | Universal |
| Ayo Technology | PA 1-645-303 | Universal |
| Baba O'Riley | EP 294048; RE 707-761 | Spirit |
| Babe I'm Gonna Leave You | EU 96055; EP 256803; EP 339000; RE 753-534; PA 1-588-673; PA 550-674; PA 550-704 | Universal |
| Baby | PA 1-703-214 | Universal |
| Baby Boy | PA 1-131-131; PA 1-395-317; PA 1-226-000 | Universal |
| Baby Got Back | PA 594-005 | Universal |
| Baby, I Love Your Way | EU 566872; EP 345532; RE 874-651 | Universal |
| Baby, It's Cold Outside | EU 123945; R631968 | MPL |
| Baby-Baby-Baby | PA 575-632 | Hipgnosis |
| Back In Baby's Arms | EP 173538; RE 547-947 | Reservoir |
| Back To Sleep | PA 2-061-502 | Universal |
| Back To The Streets | PA 2-283-444 | Concord Music |
| Backseat Freestyle | PA 1-855-740 | Universal |
| Bad And Boujee | PA 2-072-685; PA 2-097-856 | Reservoir; Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

<u>Exhibit A</u>
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Bad At Love | PA 2-113-520 | Universal |
| Bad Guy | PA 2-190-142 | Universal |
| Bad Liar | PA 2-291-340 | Universal |
| Bad Medicine | PA 378-907 | Universal |
| Bad Moon Rising | EU 110913; RE 750-708 | Concord Music |
| Ballroom Blitz | PAu 66-844 | Universal |
| Band On The Run | EU 454356; RE 864-533 | MPL |
| Barbie Girl | PA 890-830 | Universal |
| Barracuda | EU 789263; EU 791168; EP 373576; RE 910-161; RE 910-167 | Universal |
| Basic Thugonomics | PA 1-293-275 | Universal |
| Battle Scars | PA 1-936-321 | Universal |
| Be Like You (Ft. Broods) | PA 2-182-043 | Concord Music |
| Be My Baby | PA 1-939-320 | Universal |
| Be My Baby | EU 789193; RE 515-815 | Universal |
| Beautiful Crazy | PA 2-215-919 | Big Machine |
| Beauty And A Beat | PA 1-850-375 | Universal |
| Because Of You | PA 1-643-835; PA 1-167-514 | Universal |
| Bedrock | PA 1-835-844 | Universal |
| Beez In The Trap | PA 2-181-713 | Reservoir |
| Behind Blue Eyes | EP 291055; RE 707-770 | Spirit |
| Believer | PA 2-076-951 | Universal |
| Bellyache | PA 2-183-753 | Universal |
| Beware | PA 1-916-151 | Universal |
| Big Bang Theory - Main Title, The | PA 1-598-334; PA 1-598-335 | Universal |
| Bittersweet Symphony | PAu 2-199-365; EU 874313; RE 607-104 | ABKCO |
| Black | PA 544-550; PA 563-412 | Universal |
| Black And White | PA 2-241-176 | Hipgnosis |
| Bleed It Out | PA 1-167-572; PA 1-602-887 | Universal |
| Bleeding Out | PA 1-816-018; PA 1-816-018 | Universal |
| Blessings | PA 2-031-973 | Universal |
| Blinding Lights | PA 2-223-543 | Universal |
| Bodak Yellow | PA 2-247-259; PA 2-084-486 | Universal |
| Bodies | PA 1-962-427 | Reservoir |
| Body Like A Back Road | PA 2-118-582; PA 2-067-268; PA 2-074-696 | Spirit |
| Bon Appetit | PA 2-096-139 | Universal |
| Boo D Up | PA 2-123-747 | Peer |
| Boogie Wonderland | PA 32-747 | Universal |
| Born For This | PA 2-045-685 | Peer |
| Born To Be My Baby | PA 378-908 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Born To Be Wild | EU 35989; EP 250554 | Universal |
| Both | PA 2-118-637 | Universal |
| Bottoms Up | PA 1-747-296 | Universal |
| Bounce Back | PA 2-070-682 | Universal |
| Boy With Luv | PA 2-200-106 | Universal |
| Boyfriend | PA 1-850-387 | Universal |
| Boys Are Back In Town, The | EU 674600; EP 354602; RE 891-146 | Universal |
| Brass In Pocket | PA 125-821 | Hipgnosis |
| Break Stuff | PA 1-021-053 | Universal |
| Breakfast In America | PA 32-062 | Universal |
| Breaking The Habit | PA 1-256-418 | Universal |
| Breathe On Me | PA 1-219-076 | Universal |
| Bridged By A Lightwave | PA 2-293-410 | Zimmerman; Kobalt |
| Bring It On Home To Me | EP 166883; RE 475-432; EU 719893; RE 475-464 | ABKCO |
| Bring Me To Life | PA 1-152-549 | Reservoir |
| Broccoli | PA 2-047-080 | Concord Music; Universal |
| Bugatti | PA 1-838-849 | Universal |
| Bury A Friend | PA 2-190-083 | Universal |
| Bust A Move | PA 426-796 | Concord Music |
| Buy Me A Boat | PA 2-023-061 | Spirit |
| Buy U A Drank | PA 1-601-621 | Reservoir |
| Buy U A Drank (Shawty Snappin') | PA 1-649-953 | Universal |
| By Myself | PA 2-183-538 | Hipgnosis |
| California Dreamin' | EU 918773; RE 635-860 | Universal |
| California Girls | EU 890216; RE 610-581; EU 212915; RE 775-518; EP 348722; PA 267-943; PA 788-562; PAu 2-079-809 | Universal |
| California Gurls | PA 1-711-654; PA 1-734-423 | Concord Music; Universal |
| Call Casting | PA 2-093-245 | Universal |
| Call You Mine | PA 2-285-554 | Reservoir |
| Called You Twice | PA 2-182-786 | Hipgnosis |
| Camilla | PA 2-294-752 | Zimmerman; Kobalt |
| Candles (Carta Remix) | PA 2-120-345 | Concord Music |
| Candy Shop | PA 1-282-566 | Reservoir |
| Can't Get Enough | PA 2-014-708 | Peer |
| Can't Get Enough | PA 1-779-659 | Universal |
| Can't Stop The Feeling | PA 2-114-951 | Universal |
| Car Wash | EU 706060; RE 891-195; EP 364197; RE 891-356 | Universal |
| Caroline | PA 2-074-686 | Universal |
| Cars | exempt | Hipgnosis |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Castle | PA 2-059-958 | Universal |
| Castle Of Glass | PA 1-805-745 | Universal |
| Cat Thruster | SR 797-434; PRE 9-229 | Zimmerman; Kobalt |
| Catalyst, The | PA 1-725-628 | Universal |
| Celoso | PA 2-146-335 | Concord Music |
| Cha Cha Slide | PAu 2-515-830; SRu 427-369 | Spirit |
| Chain Hang Low | PAu 2-680-938 | Universal |
| Chain, The | EU 772676 | Universal |
| Change Is Gonna Come, A | EP 276311; RE 586-521; EU 816632; RE 570-151 | ABKCO |
| Channel 43 | PA 2-293-391 | Zimmerman; Kobalt |
| Chapters | PA 2-195-811 | Big Machine |
| Chasing Cars | PA 1-990-266 | Universal |
| Check Yes Juliet | PA 1-766-953 | Reservoir |
| Cheers (Drink To That) | PA 1-732-810; PA 1-101-508 | Universal |
| Cherry Bomb | EP 356892; RE 929-039 | Peer |
| Chunky | PA 2-070-320 | Universal |
| Cielito Lindo | E 15235; R633349 | Peer |
| Clarity | PA 1-856-736 | Universal |
| Classic Man | PA 2-082-138; PA 2-084-489 | Universal |
| Clint Eastwood | PA 1-066-504 | Universal |
| Closer | PA 2-064-557 | Universal |
| Coasted | PA 2-241-385 | Zimmerman; Kobalt |
| Cold | PA 2-078-046; PA 2-199-503 | Universal |
| Cold Hearted | PA 422-660 | Downtown |
| Cold Water | PA 2-055-176 | Universal |
| Colors | PA 2-059-980 | Universal |
| Come Sail Away | EU 828640; EP 376043; RE 910-690 | Universal |
| Coming Home | PA 1-751-168 | Universal |
| Company | PA 2-083-590 | Universal |
| Congratulations | PA 2-081-028 | Universal |
| Contra La Pared | PA 2-177-579 | Concord Music |
| Control | PA 2-060-006 | Universal |
| Controlla | PA 2-062-984 | Universal |
| Coolin And Booted | PA 2-084-512 | Universal |
| Copycat | PA 2-183-782 | Universal |
| Cotton Eye Joe | PA 914-439 | Concord Music |
| Crawling | PA 1-092-510 | Universal |
| Crazy | PA 1-165-223; PA 1-339-649 | Universal |
| Crazy Arms | EU 414760; RE 170-976; EU 449184; RE 205-608; EP 102761; RE 204-817 | Universal |
| Crazy On You | EU 696828; RE 892-424 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Criminal | PA 1-767-537 | Universal |
| Cry Me A River | PA 1-133-262 | Reservoir; Universal |
| Crying In The Club | PA 2-083-444 | Universal |
| Cuaderno | PA 2-251-336 | Concord Music |
| Cuando Calienta El Sol | EFO 83228; RE 447-217; PA 146-583 | Peer |
| Cupid Shuffle | PA 2-252-926 | Concord Music |
| Cure For The Itch | PA 1-092-516 | Universal |
| Daddy | PA 2-012-322 | Universal |
| Dancing's Not A Crime | PA 2-144-087 | Hipgnosis |
| Dangerously | PA 2-103-008 | Universal |
| Day N Nite | PA 1-692-981 | Universal |
| Day-O | EU 411172; RE 177-461 | Reservoir |
| Dead Bite | PA 1-861-553 | Universal |
| Deadz | PA 2-083-328 | Universal |
| Dear Mama | EU 529309; PA 773-741 | Universal |
| Dear Maria, Count Me In | PA 1-675-977 | Universal |
| Demons | PA 1-796-478 | Universal |
| Despacito (Ft. Justin Bieber) (Remix) | PA 2-080-459; PA 2-079-925 | Universal |
| Dessert (Feat. Silanto - Remix) | PA 2-182-661 | Spirit |
| Deus Ex Machina | SR 797-434; PRE 009-229 | Zimmerman; Kobalt |
| Devil In Me | PA 2-113-528 | Universal |
| Devil Went Down To Georgia, The | PAu 84-340 | Universal |
| Disco Inferno | PA 853; RE 916-794 | Reservoir |
| Disco Inferno | PA 1-298-497 | Universal |
| Distraction | PA 2-068-812 | Universal |
| Disturbia | PA 1-692-669 | Universal |
| Do For Love | PA 1-385-081 | Universal |
| Does Anybody Really Know What Time It Is | EU 117486; RE 756-215 | Spirit |
| Does To Me | PA 2-235-200 | Big Machine |
| Dog Days Are Over | PA 1-892-802 | Universal |
| Doin' Time | PA 813-744; PA 916-704 | Universal |
| Don't Be Gone Too Long | PA 1-943-417; PA 2-052-039; PA 2-090-392 | Universal |
| Don't Close Your Eyes | PA 363-698 | Universal |
| Don't Look Back | PA 14-789; PAu 52-500 | Universal |
| Don't Mind | PA 2-047-004; PA 2-048-732 | Universal |
| Don't Stay | PA 1-256-411 | Universal |
| Don't Stop | EU 713074; RE 904-499 | Universal |
| Don't Stop Believin' | PA 111-968 | Hipgnosis |

\* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Don't Tell 'Em | PA 2-062-936 | Universal |
| Don't Wanna Know | PA 2-074-281 | Universal |
| Don't Wanna Write This Song | PA 2-195-421 | Big Machine |
| Don't Worry Be Happy | PAu 1-053-089 | Universal |
| Dora The Explorer Theme | PA 1-161-936 | Universal |
| Down | PA 2-066-308 | Universal |
| Down | PA 2-126-190 | Universal |
| Down On The Corner | EU 149503; RE 750-716 | Concord Music |
| Draco | PA 2-074-846 | Universal |
| Drama Free (Feat. Lights) | PA 2-294-794 | Zimmerman; Kobalt |
| Dream Is Collapsing | PA 1-732-081 | Universal |
| Drone | PA 2-161-820 | Hipgnosis |
| Drop It Like It's Hot | PA 1-160-179 | Universal |
| Drowning | PA 2-120-293 | Reservoir |
| Dynamite Radio Edit | PA 1-396-952; PA 1-720-607 | Concord Music |
| Earned It (Fifty Shades Of Grey) | PA 1-989-294; PA 1-968-800 | Universal |
| Easier To Run | PA 1-256-414 | Universal |
| Eenie Meenie | PA 1-703-249 | Universal |
| Electric Love | PA 1-991-514 | Concord Music |
| Electricity | PA 2-182-820 | Spirit |
| Eminence Front | PA 152-030 | Spirit |
| Enemies | PA 2-233-908 | Universal |
| Euphoria | PA 2-226-390 | Universal |
| Ever Since New York | PA 2-085-466 | Universal |
| Every Little Step | PA 406-142 | Hipgnosis |
| Everybody Have Fun Tonight | PA 323-913 | Spirit |
| Everybody Hurts | PA 593-748 | Universal |
| Everybody Talks | PA 1-811-165 | Concord Music |
| Everyday | PA 2-065-676 | Universal |
| Everyday We Lit (Remix) | PA 2-262-109 | Universal |
| Everything Black | PA 2-183-736 | Spirit |
| Everything I Wanted | PA 2-223-334 | Universal |
| Everywhere I Go | PA 1-793-066 | Universal |
| Eye Of The Tiger | PA 141-854 | Concord Music |
| Eyes Closed | PA 2-079-924; PA 2-113-443 | Universal |
| Faint | PA 1-256-417 | Universal |
| Fake Love | PA 2-065-840 | Universal |
| Fancy | PA 1-981-024; PA 1-967-653; PA 1-939-546 | Universal |
| Fanfare For The Common Man | EP 126802; R516701 | Concord Music |
| Father Of 4 | PA 2-291-810 | Reservoir |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Feeling, The | PA 2-035-639; PA 2-021-403; PA 2-013-800 | Universal |
| Feelings | PA 1-947-809 | Universal |
| Feels | PA 2-092-077 | Universal |
| Fefe | PA 2-285-247; PA 2-147-038 | Universal |
| Fighter | PA 1-143-426 | Reservoir |
| Figure.09 | PA 1-256-419 | Universal |
| Fine Again | PA 1-144-447 | Reservoir |
| Finesse | PA 2-159-866 | Reservoir |
| Firebird | PA 2-087-561; PA 1-999-871; PA 1-991-086 | Universal |
| Fireflies | PA 1-692-976 | Universal |
| Firework | PA 1-716-006 | Peer |
| Flawless (Remix) | PA 2-026-184 | Universal |
| Fly | PA 1-745-306 | Universal |
| Foggy Mountain Breakdown (Old Deal) | EU 196654; R661395 | Peer |
| Follow The Leader | PA 1-824-919 | Universal |
| Fool For You | PA 2-134-341; PA 2-133-279; PA 2-065-629 | Universal |
| For Sentimental Reasons | EU 438325; EP 8423; EP 121619; RE 290-639 | Universal |
| Forever And Ever Amen | PA 375-440 | Universal |
| Fortunate Son | EU 149502; RE 750-717 | Concord Music |
| Free Bird | EU 450840; RE 838-872; RE 852-176 | Universal |
| Fresh Prince Of Bel-Air | PAu 1-887-849 | Universal |
| Friday | PA 762-475 | Universal |
| Friends - Main Title | PA 763-522 | Universal |
| Friends In Low Places | PA 485-587 | Universal |
| From The Inside | PA 1-256-421 | Universal |
| Fuck Love | PA 2-095-667 | Universal |
| Fun, Fun, Fun | EU 807824; RE 574-318 | Universal |
| Future Days | PA 1-885-383 | Universal |
| Galway Girl | PA 2-168-684 | Spirit |
| Gangnam Style | SR 717-289 | Universal |
| Gangsta | PA 2-076-983 | Universal |
| Gangsta's Paradise | PA 823-702; PA 705-091 | Universal |
| Gasoline | PA 2-060-004 | Universal |
| Gateway Drug | PA 2-068-598 | Universal |
| GDFR | PA 1-938-177 | Universal |
| Genius Of Love | PA 118-398 | Universal |
| Gentleman | PA 2-031-793 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Get Back Up Again | PA 2-114-955 | Universal |
| Get Low | PA 1-241-884 | Reservoir |
| Get Off Of My Cloud | EP 274902; RE 608-086; EU 909853; RE 608-864 | ABKCO |
| Get Right Witcha | PA 2-093-253 | Universal |
| Get Ugly | PA 2-008-565 | Universal |
| Getting In Tune | EP 294053; RE 707-768 | Spirit |
| Ghetto Gospel | PA 1-269-944; PA 1-323-618 | Universal |
| Ghost | PA 2-092-074 | Universal |
| Gimme More | PA 1-632-033; PA 1-680-545 | Reservoir; Universal |
| Gimme Shelter | EP 272711; RE 773-951; EU 154592; RE 744-881 | ABKCO |
| Gimme Three Steps | EP 372687; RE 852-068; EU 448562; RE 851-733 | Universal |
| Girls Like You | PA 2-138-332; PA 2-138-734 | Concord Music; Universal |
| Give Me Everything | PA 1-820-420 | Universal |
| Given Up | PA 1-167-570; PA 1-602-906 | Universal |
| Glamorous | PA 1-370-493 | Universal |
| Glory Box | PA 923-602 | Universal |
| Go Off | PA 2-139-041 | Universal |
| God Only Knows | EU 948189; RE 662-431 | Universal |
| God's Plan | PA 2-274-324; PA 2-239-332 | Universal |
| Going Under | PA 1-152-548 | Reservoir |
| Gold | PA 1-999-938 | Universal |
| Golden | PA 2-250-726 | Concord Music |
| Good Boy | PA 1-938-179 | Universal |
| Good Hearted Woman | EP 294817; RE 664-954 | Universal |
| Good Life | PA 2-139-507 | Universal |
| Good Time | PA 1-821-138 | Universal |
| Good Vibrations | EU 964030; RE 654-512 | Universal |
| Goodbye Stranger | PA 32-061 | Universal |
| Goosebumps | PA 2-083-128 | Universal |
| Grass Ain't Greener | PA 2-067-121; PA 2-072-856 | Universal |
| Greased Lightnin' | EP 308775; PA 19-144 | MPL |
| Green River | EU 126338; RE 750-710 | Concord Music |
| Grind With Me | PA 1-296-858; PA 1-352-603 | Universal |
| Guillotine | PA 2-048-490; PA 2-041-611 | Universal |
| Guwop | PA 2-082-209 | Universal |
| Hair | PA 2-026-347; PA 2-009-594 | Universal |
| Hair Up | PA 2-129-535 | Universal |
| Hall Of Fame | PA 1-828-622 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Hard 2 Face Reality (Feat. Justin Bieber & Jay Electronica) | PA 2-284-636 | Universal |
| Hard To Say I'm Sorry | PA 142-242; PA 150-383 | Peer |
| Harvest Moon | PAu 1-666-226 | Hipgnosis |
| Havana | PA 2-198-007 | Reservoir |
| Havana (No Rap Version) | PA 2-198-007; PA 2-216-511 | Concord Music |
| Have You Ever Seen The Rain? | EU 222228; RE 667-213 | Concord Music |
| Haxpigmeow | PA 2-069-309 | Zimmerman; Kobalt |
| Head & Heart | PA 2-258-901 | Spirit |
| Head Above Water | PA 2-170-911 | Universal |
| Head Like A Hole | PA 709-514 | Concord Music |
| Headlines | PA 1-828-499; PA 1-793-879; PA 1-788-641 | Universal |
| Heartless | PA 2-229-148 | Big Machine |
| Heartless | PA 1-902-142; PA 1-652-500 | Universal |
| Heaven Must Be Missing An Angel | EU 676024; PA 13-343 | Universal |
| Hello, Dolly! | EU 796188; RE 518-209; EP 183268; RE 517-256 | MPL |
| Help Me Rhonda | EU 868745; RE 610-558 | Universal |
| Here | PA 2-120-419; PA 2-049-195 | Universal |
| Here Comes The Sun | EF 34994; RE 782-130 | Concord Music |
| Here Comes Your Man | PA 608-985 | Universal |
| Here Without You | PA 1-120-571 | Universal |
| Hero | PA 1-882-311 | Peer |
| Heroes (We Could Be) | PA 1-995-059 | Universal |
| Heroes And Villains | EU 2476; RE 688-203 | Universal |
| Hey Brother | PA 1-932-523 | Universal |
| Hey Mama | PA 1-989-993 | Universal |
| Hey Mami | PA 1-992-052 | Hipgnosis |
| Hey There | PA 2-086-273 | Universal |
| High Hopes | PA 2-144-483 | Hipgnosis |
| Higher | PA 969-201 | Reservoir |
| Him & I | PA 2-119-248 | Universal |
| Hips Don't Lie | PA 1-367-687 | Concord Music |
| Ho Hey | PA 1-824-568 | Kobalt |
| Hold It Against Me | PA 1-732-948; PA 1-396-974 | Concord Music |
| Hold On I'm Comin' | EU 928718; RE 654-638; EP 246262; RE 734-375 | Universal |
| Hold The Line | PA 47-013 | Spirit |
| Holiday | PAu 505-502; PAu 905-744 | Spirit |
| Holy Grail | PA 1-941-188; PA 1-878-255 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Honky Tonk Women | EP 274903; EU 125715; RE 744-872 | ABKCO |
| Hookah | PA 1-913-032 | Universal |
| Hostage | PA 2-183-777 | Universal |
| Hot Girl Summer (Feat. Nicki Minaj & Ty Dolla $ign) | PA 2-250-916 | Concord Music |
| Hotline Bling | PA 2-239-334 | Universal |
| How Can You Mend A Broken Heart | EU 268203; RE 728-547 | Universal |
| How I Could Just Kill A Man | PA 796-241 | Universal |
| How Many Times | PA 2-065-418 | Universal |
| Hunter | PA 2-092-147 | Concord Music; Universal |
| Hurricane | PA 2-092-069 | Universal |
| Hurricane | PA 2-076-980 | Universal |
| Hush Hush | PA 1-612-724 | Universal |
| Hype | PA 2-062-981 | Universal |
| Hypnotize | PA 785-009 | Universal |
| I Ain't The One | EU 448564; RE 844-240; EU 448564; RE 851-735 | Universal |
| I Believe I Can Fly | PA 848-248 | Universal |
| I Can't Get Enough | PA 2-176-143 | Concord Music |
| I Could Fall In Love | PA 762-316 | Reservoir |
| I Don't Care | PA 2-185-003 | Universal |
| I Don't Know Why | PA 2-126-621 | Universal |
| I Don't Mind | PA 1-997-291; PA 1-956-327 | Universal |
| I Don't Want To Set The World On Fire | EU 218115; R428802 | MPL |
| I Fall Apart | PA 2-137-390 | Universal |
| I Get Around | EU 821071; PAu 2-079-503 | Universal |
| I Got The Keys | PA 2-067-633; PA 2-045-121 | Universal |
| I Have Nothing | PA 629-301; PAu 1-594-862 | Peer |
| I Know | PA 2-032-004 | Universal |
| I Know What You Did Last Summer | PA 2-026-117 | Universal |
| I Know You Want Me | PA 1-733-983 | Spirit |
| I Like It | PA 2-167-683; PA 2-153-433 | Universal |
| I Luv It | PA 2-082-463 | Universal |
| I Miss You | PA 1-243-932 | Universal |
| I Wanna Dance With Somebody (Who Loves Me) | PAu 901-755; PA 343-550; PAu 985-995 | Universal |
| I Wanna Rock | PA 226-793 | Universal |
| I Want A Hippopotamus For Christmas | EP 75804; RE 84-409 | MPL |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| I Want Candy | EU 884335; RE 647-753 | MPL |
| I Will Survive | PAu 47-934; PAu 129-011; PA 41-104; PA 428-721 | Universal |
| I Wonder Why | EU 513041; V1957P110 | Spirit |
| Ice Cream | PA 2-268-882 | Reservoir |
| Idol | PA 2-151-331 | Reservoir |
| Idontwannabeyouanymore | PA 2-183-785 | Universal |
| If I Were A Boy | PAu 3-358-950; PA 2-067-654 | Universal |
| If You Leave Me Now | EU 694744; RE 904-428 | Universal |
| Ignition | PA 1-130-236 | Universal |
| Ilomilo | PA 2-190-184 | Universal |
| I'm So Sorry | PA 1-999-953 | Universal |
| I'm The One | PA 2-080-162; PA 2-141-034 | Universal |
| I'm Too Sexy | PA 550-414 | Spirit |
| I'm Your Baby Tonight | PA 486-225 | Hipgnosis |
| Imaginary Friends | SR 797-434; PRE 009-229 | Zimmerman; Kobalt |
| Imma Be | PA 1-682-852 | Reservoir; Universal |
| In Case You Didn't Know | PA 2-015-042 | Big Machine |
| In My Blood | PA 2-128-764 | Hipgnosis |
| In My Feelings | PA 2-158-240 | Peer; Universal |
| In My House | PA 241-468 | Hipgnosis |
| In The End | PA 1-092-513 | Universal |
| In The Mood | EP 82707; EU 168986; R362720 | Reservoir |
| In The Wee Small Hours Of The Morning | EP 89080; RE 128-808; RE 124-437 | MPL |
| Informer | PA 608-912; PA 781-849; PA 781-849; PA 786-440 | Universal |
| Intentions | PA 2-236-318; PA 2-247-882 | Peer; Universal |
| Invisible Touch | PA 293-897 | Concord Music |
| Iridescent | PA 1-725-626 | Universal |
| Irobot | PA 2-043-103 | Hipgnosis |
| Ironic | PA 705-736 | Universal |
| Is There Somewhere | PA 2-092-070 | Universal |
| Islands In The Stream | PA 188-026; PAu 486-704 | Universal |
| Isolation | PA 323-169 | Universal |
| It's Beginning To Look Like Christmas | EU 236708; RE 10-751 | MPL |
| It's Not My Time | PA 1-694-337 | Universal |
| It's The End Of The World As We Know It | PA 343-481 | Universal |
| It's The Hard-Knock Life | EP 373856; PA 62-285 | MPL |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| It's Up To You | EU 492435; RE 861-046 | Reservoir |
| Jaws Main Title | RE 874-834; EU 598707 | Universal |
| Jaws Theme Swimming | PA 1-160-998 | Universal |
| Jeremy | PA 563-408; PA 544-554 | Universal |
| Jet | EU 454355; RE 864-534 | MPL |
| John Wayne | PA 2-134-445 | Concord Music |
| Jump [Feat. Nelly Furtado] - Malinchak Club Mix | PA 1-734-047; PA 1-670-549 | Concord Music |
| Jump Out The Window | PA 2-070-675 | Universal |
| Jurassic Park | PA 625-931 | Universal |
| Just Can't Get Enough | PA 1-771-849 | Hipgnosis |
| Just The Way You Are | PA 1-725-672 | Universal |
| Keke | PA 2-285-902 | Reservoir |
| Kelly Price | PA 2-097-857 | Universal |
| Kid Charlemagne | EU 679291; RE 891-480 | Universal |
| Kill, The | PA 1-630-065 | Universal |
| King Of The Fall | PA 1-956-658 | Universal |
| Kiss | PA 284-474 | Universal |
| Kiss It Better | PA 2-084-144 | Universal |
| Knees | PA 2-152-282 | Spirit |
| Kryptonite | PA 999-801 | Universal |
| L.A. Love (La La) | PA 1-932-653 | Universal |
| La Camisa Negra | PAu 2-900-683 | Peer |
| Last Resort | PA 960-732 | Reservoir |
| Lay Up | PA 2-085-232 | Universal |
| Lean On | PA 1-986-623 | Reservoir |
| Lean On Me | EU 319523; RE 832-583; EP 304954; RE 832-582 | Universal |
| Leave Me Alone | PA 2-161-833 | Hipgnosis |
| Leave Out All The Rest | PA 1-167-571 | Universal |
| Leaving On A Jet Plane | EP 236284; RE 704-907; PA 24-044 | Reservoir |
| Legacy | PA 1-965-059; PA 1-882-554 | Universal |
| Let Go (Feat. Grabbitz) | PA 2-059-906 | Zimmerman; Kobalt |
| Let Me Love You | PA 1-256-557 | Reservoir |
| Let Me Love You | PA 2-065-686 | Universal |
| Let Me Love You | PA 2-076-794 | Universal |
| Let Me Roll It | EU 454352; RE 864-537 | MPL |
| Let My Love Open The Door | PAu 195-123 | Spirit |
| Let There Be Love | PA 1-824-960 | Concord Music |
| Let's Go Crazy | PAu 613-658; PA 217-248 | Universal |
| Life Is A Highway | PA 683-569 | Universal |
| Life Is Good | PA 2-250-830 | Concord Music |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Life Of The Party | PA 1-965-413 | Hipgnosis |
| Lifestyle | PA 1-913-020 | Universal |
| Light It Up | PA 2-019-811 | Universal |
| Like I Would | PA 2-134-506; PA 2-133-288 | Universal |
| Lithium | PA 1-351-917 | Reservoir |
| Little Honda | EP 350497; RE 874-449; EU 824989; RE 574-325; PA 211-074 | Universal |
| Little Saint Nick | EU 802512; RE 525-586 | Universal |
| Live And Let Die | EF 38046; RE 834-698 | MPL |
| Livin' On A Prayer | PA 305-252; PAu 872-474 | Universal |
| Locked Away | PA 2-157-426; PA 1-994-385; PA 2-007-522 | Universal |
| Lollipop (Candyman) | PA 890-835 | Universal |
| Lolly | PA 1-908-720 | Universal |
| Lonely | PA 2-258-898 | Spirit |
| Long Gone | PA 238-137 | Universal |
| Look What You Made Me Do | PA 2-087-339 | Spirit |
| Losing My Religion | PA 541-342 | Universal |
| Lost In The Echo | PA 1-805-740 | Universal |
| Love Galore | PA 2-251-845 | Universal |
| Love Me Do | EF 28620; RE 483-070 | MPL |
| Love On Me | PA 2-178-779; PA 2-181-954 | Concord Music; Universal |
| Love The Way You Lie | PA 1-730-976 | Universal |
| Love Yourself | PA 2-083-662 | Universal |
| Lovely | PA 2-169-255 | Universal |
| Lovin' It | PA 1-881-407 | Universal |
| Low | PA 1-633-047 | Universal |
| Low Life | PA 2-053-118; PA 2-033-875 | Universal |
| Loyal (West Coast Version) | PA 1-912-901 | Universal |
| Lucky Strike | PA 1-810-804 | Universal |
| Lumos! (Hedwig's Theme) | PA 1-224-124; PA 1-066-735 | Universal |
| Lying From You | PA 1-256-415 | Universal |
| M.I.L.F. $ | PA 2-125-332; PA 2-051-954 | Universal |
| Mad Hatter | PA 2-101-209 | Universal |
| Magic | PA 1-942-605 | Universal |
| Major Tom (Voellig Losgeloest) | PA 163-488; PA 182-909 | Peer |
| Make My Love Go | PA 2-107-485 | Concord Music |
| Mama | PA 2-294-997; PA 2-141-536 | Universal |
| Mama Said | PA 2-037-066 | MPL |
| Mambo No. 5 | PA 968-419 | Peer |
| Man In The Mirror | PA 343-903 | Universal |
| Maneater | PA 1-597-058;  PA 1-164-461 | Reservoir |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Marry Me | PA 1-896-439 | Universal |
| Marvin's Room | PA 1-788-784; PA 1-793-876 | Universal |
| Me and My Guitar | PA 2-295-011 | Reservoir |
| Me And Your Mama | PA 2-063-050 | Universal |
| Me Too | PA 2-068-772 | Universal |
| Me, Myself & I | PA 2-090-076 | Universal |
| Me, Myself, and I | PA 1-208-969 | Reservoir |
| Meant To Be | PA 2-105-522 | Spirit |
| Meet Me Halfway | PA 1-686-136 | Reservoir |
| Mercy | PA 2-082-652; PA 2-020-969 | Hipgnosis; Universal |
| Mercy.1 | PA 1-913-931 | Universal |
| Metal | exempt | Hipgnosis |
| Mi Gente | PA 2-236-423 | Universal |
| Middle Child | PA 2-185-641 | Reservoir |
| Midnight Sky | PA 2-268-897 | Reservoir |
| Milkshake | PA 1-158-583 | Universal |
| Million Reasons | PA 2-084-003; PA 2-081-449; PA 2-119-030 | Concord Music |
| Mirrors | PA 1-843-851 | Universal |
| Missing | PAu 2-789-152 | Reservoir |
| Mississippi Queen | EU 170621; RE 780-128; EP 275560; RE 780-385 | Universal |
| Mister Sandman | EP 84131; RE 116-499; EU 361400; RE 118-016 | MPL |
| Mistletoe | PA 1-780-233 | Universal |
| Mmm Yeah | PA 1-917-636 | Universal |
| Monophobia (Feat. Rob Swire) | PA 2-294-838 | Zimmerman; Kobalt |
| Monster Mash | EU 737324; EP 313582; RE 474-679 | Reservoir |
| Monster, The | PA 1-965-626 | Universal |
| Mooo! | PA 2-289-604 | Reservoir |
| More Than A Feeling | EU 625326; EU 706122; EP 368076 | Universal |
| More Than A Woman | EU 761685; PAu 118-215; PAu 618-255; EP 377416; PA 37-370; PA 209-607 | Universal |
| Most Beautiful Girl In The World, The | PAu 1-832-359; PA 692-506 | Universal |
| Mother's Little Helper | EP 274943; EU 922163; RE 662-929 | ABKCO |
| Motive | PA 2-268-906 | Reservoir |
| Moves | PA 2-070-662 | Universal |
| Moves Like Jagger | PA 1-801-572 | Universal |
| Mr. Brightside | PA 1-349-355 | Universal |
| Muddy Waters | PA 2-063-585 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| My Boy | PA 2-183-774 | Universal |
| My Demons | PA 1-974-388 | Concord Music |
| My Favorite Things | EP 134313; PA 1-319-165 | Concord Music |
| My Funny Valentine | EP61055; R333857 | Concord Music |
| My Immortal | PA 1-152-551 | Reservoir |
| My Last Breath | PA 1-152-557 | Reservoir |
| My Love | EU 98880; RE 840-028 | MPL |
| My Love | PA 1-165-055 | Universal |
| My Opinion | PA 2-069-309 | Zimmerman; Kobalt |
| My Prerogative | PA 518-057; PA 400-857; PA 422-094; PA 446-461 | Universal |
| My Shot | PA 1-989-276; PA 1-398-329 | Universal |
| My Sweet Lord | EU 212236; RE 782-134; EP 283208; RE 793-147 | Concord Music |
| My Type | PA 2-192-082 | Reservoir |
| Narcos | PA 2-122-839; PA 2-130-081 | Universal |
| Natural | PA 2-147-040 | Universal |
| Nav | PA 2-115-235 | Universal |
| Neutron Dance | PA 202-232 | Universal |
| Never Be The Same | PA 2-182-392 | Spirit |
| New Americana | PA 2-059-974 | Universal |
| New Divide | PA 1-677-173 | Universal |
| New Face | PA 2-142-088 | Universal |
| New Flame | PA 2-052-785 | Universal |
| Nice For What | PA 2-230-647 | Universal |
| Nieves De Enero | EF 28653; R648588 | Peer |
| Niggas In Paris | PA 1-816-380 | Universal |
| Nights With You | PA 2-230-647; PA 2-148-487 | Universal |
| Nineteen Hundred And Eighty Five | EU 454349; RE 864-539 | MPL |
| Ninety-Six Tears (96 Tears) | EU 963169; RE 654-996 | ABKCO |
| No Brainer | PA 2-171-844 | Universal |
| No Broken Hearts | PA 2-074-858 | Universal |
| No Diggity | PA 839-312 | Universal |
| No Frauds | PA 2-084-540 | Universal |
| No Limit | PA 2-076-944 | Universal |
| No Money | PA 2-037-347; PA 2-064-688; PA 2-239-005 | Concord Music |
| No More Sorrow | PA 1-167-576; PA 1-602-921 | Universal |
| No Pressure | PA 2-009-770 | Universal |
| No Problem | SR 797-434; PRE 009-229 | Zimmerman; Kobalt |
| No Problem | PA 2-072-831 | Reservoir |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| No Promises | PA 2-085-720 | Universal |
| No Role Modelz | PA 1-975-907 | Universal |
| No Sense | PA 2-083-497 | Universal |
| No Vaseline | PA 1-100-340 | Universal |
| Nobody's Listening | PA 1-256-420 | Universal |
| Non, Je Ne Regrette Rien | EF 29988; RE 394-569 | Reservoir |
| Nosedive | PA 2-294-756 | Zimmerman; Kobalt |
| Not Fade Away | EU 498473; RE 251-159 | MPL |
| Nothing Compares 2 U | PA 261-000 | Universal |
| Now And Later | PA 2-096-995; PA 2-216-974 | Universal |
| Now Or Never | PA 2-113-458 | Universal |
| Numb | PA 1-256-412 | Universal |
| Nuthin' But A G Thang | PA 683-749 | Universal |
| Ocean Avenue | PA 1-158-187 | Universal |
| Ocean Front Property | PA 320-198 | Universal |
| Oh Daddy | EU 713075; RE 904-500 | Universal |
| Old Time Rock & Roll | EP 375950; RE 931-306 | Peer |
| Old Town Road (Remix) | PA 2-189-628 | Universal |
| On Top Of The World | PA 1-796-480 | Universal |
| One Dance | PA 2-268-917 | Universal |
| One Kiss | PA 2-150-084 | Universal |
| One More Light | PA 2-085-244 | Universal |
| One More Night | PA 1-810-344 | Universal |
| One Night | PA 2-191-513 | Universal |
| One Number Away | PA 2-084-954; PA 2-142-410 | Concord Music |
| One Step Closer | PA 1-092-507 | Universal |
| One Thing | PA 1-195-794 | Reservoir |
| One Time | PA 2-020-173 | Universal |
| Open Arms | PA 111-977 | Hipgnosis |
| Ophelia | PA 2-060-672 | Kobalt |
| Orange Crush | PA 417-645 | Universal |
| Other Side, The | PA 1-850-843; PA 1-896-442 | Universal |
| Oui | PA 2-062-913 | Universal |
| Out Of Time | EP 274942; EU 951558; RE 662-944 | ABKCO |
| Outrageous | PA 1-158-594 | Universal |
| Over | PA 1-732-164; PA 1-720-829; PA 1-764-236 | Universal |
| Paint It Black | EP 274904; EU 938855; RE 662-938 | ABKCO |
| Panini | PA 2-220-460 | Universal |
| Papercut | PA 1-092-506 | Universal |
| Paralyzer | PA 1-372-683 | Reservoir |
| Part Of Me | PAu 3-574-141 | Concord Music |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Party | PA 2-074-473 | Universal |
| Party Favor | PA 2-183-759 | Universal |
| Party Hard | PA 1-105-771 | Universal |
| Party Rock Anthem | PA 1-824-164 | Universal |
| Pata Pata | EP 238344; RE 887-080 | Concord Music |
| Payphone | PA 1-810-822 | Universal |
| Peanut Butter Jelly | PA 1-991-022; PA 2-004-255; PA 1-999-867; PA 2-087-569 | Concord Music; Universal |
| Peg | EU 811349; EP 380417; RE 910-218 | Universal |
| Perm | PA 2-070-323 | Universal |
| Photograph | PA 2-158-284 | Spirit |
| Pick Up The Phone | PA 2-065-781 | Concord Music |
| Pinball Wizard | EU 109526; RE 744-870 | Spirit |
| Pitches Love Me | PA 2-294-766 | Zimmerman; Kobalt |
| Place For My Head, A | PA 1-092-514 | Universal |
| Play With Fire | EP 296921; EU 874314; RE 662-376; PAu 1-489-708 | ABKCO |
| Pledging My Love | EU 351083; EP 86776; RE 141-639; RE 189-990 | Universal |
| Points Of Authority | PA 1-092-509 | Universal |
| Polyphobia | PA 2-294-805 | Zimmerman; Kobalt |
| Pomegranate | PA 2-293-379 | Concord Music; Zimmerman; Kobalt |
| Pony | PA 865-915; PA 839-501 | Reservoir |
| Portland | PA 2-120-709 | Universal |
| Post To Be | PA 2-045-080 | Universal |
| pov | PA 2-269-033 | Reservoir |
| Power | PA 2-065-784 | Universal |
| Power | PA 2-080-834 | Universal |
| Pretty Girls | PA 1-993-004 | Universal |
| Promiscuous | PA 1-164-460; PA 1-367-878 | Reservoir; Universal |
| Provide Feat Chris Brown & Mark Morrison | PA 2-293-012 | Concord Music |
| Pullin Up | PA 2-018-334; PA 2-050-926 | Universal |
| Pump It Harder | PA 1-723-093 | Universal |
| Pure Water | PA 2-177-065 | Universal |
| Purple Rain | PAu 613-664; PA 217-254 | Universal |
| Pusher Love Girl | PA 1-843-849 | Universal |
| Pushing Me Away | PA 1-092-517 | Universal |
| Queen's Speech 5 | PA 2-085-682 | Spirit |
| Radioactive | PA 1-796-477 | Universal |
| Raf | PA 2-139-770 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Rain On Me | PA 2-282-535; PA 2-283-423 | Concord Music |
| Raining Blood | PA 343-127 | Universal |
| Raspberry Beret | PA 255-668; PAu 705-005 | Universal |
| Rave On | EU 506585; RE 251-148 | MPL |
| Ready Or Not | PA 809-404; PA 1-824-069 | Reservoir |
| Real Wild Child | EU 514372; EP 122746; RE 291-552 | MPL |
| Redbone | PA 2-063-056 | Universal |
| Reeling In The Years | EU 353008; RE 823-112 | Universal |
| Remember The Name | PA 1-163-444 | Universal |
| Reminder | PA 2-082-970 | Universal |
| Renegade | PA 16-571 | Universal |
| Renegades | PA 1-995-174 | Universal |
| Replay | PA 1-888-070; PA 1-860-099 | Spirit; Universal |
| Revelations 19:1 | PAu 728-420 | Peer |
| Rhythm Of The Night | PA 244-263; PA 244-350 | Universal |
| Ric Flair Drip | PA 2-106-881 | Reservoir |
| Riders In The Sky (A Cowboy Legend) | EP 35345; R629764 | MPL |
| Ridin | PA 1-317-544 | Universal |
| Right Here | PA 1-850-381 | Universal |
| Ring of Fire | EP 167400; RE 498-587 | Reservoir |
| Ripped Pants | PA 1-015-906 | Universal |
| River | PA 2-023-410 | Universal |
| Rock Your Body | PA 1-133-266 | Universal |
| Rocky Mountain High | PAu 3-059-749 | Reservoir |
| Rocky Mountain Way | EP 317928; RE 834-982; EU 416549; RE 837-425 | Universal |
| Rolex | PA 1-937-660 | Universal |
| Roller Coaster | PA 2-238-861 | Hipgnosis |
| Rollin' (Air Raid Vehicle) | PA 1-034-554 | Universal |
| Romeo And Juliet | PA 86-719 | Universal |
| Rosanna | PA 145-697 | Spirit |
| Ruby Tuesday | EP 274898; EU 979080; RE 687-141 | ABKCO |
| Ruff Ryder's Anthem | PA 707-220 | Universal |
| Run | PA 1-994-133 | Universal |
| Run It! | PA 1-299-253; PA 1-286-202 | Reservoir |
| Run Through The Jungle | EU 173738; RE 667-202 | Concord Music |
| Run-Around | PA 734-714 | Concord Music |
| Runaway | PA 1-092-511 | Universal |
| Runaway (U & I) | PA 1-987-640; PA 1-999-881; PA 2-087-567 | Concord Music; Universal |
| Sabor A Mi | EFO 69209; RE 339-844 | Peer |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Safety Dance, The | PA 413-304; PA 444-999 | Universal |
| Sandstorm | PA 981-355 | Universal |
| Satisfaction, (I Can't Get No) | EP 205954; EU 887593; PAu 2-548-510; RE 607-110; RE 607-121 | ABKCO |
| Satisfied | PA 2-203-202 | Concord Music; Hipgnosis |
| Savage (Feat. Beyonce) | PA 2-251-048 | Concord Music |
| Saved | PA 2-294-758 | Zimmerman; Kobalt |
| Say Say Say | PA 190-207; PA 213-996 | MPL |
| Say Something | PA 1-846-423; PA 1-297-885 | Universal |
| Say You Won't Let Go | PA 2-065-909; PA 2-085-493 | Universal |
| Scared Of Lonely | PA 1-621-894 | Hipgnosis |
| Scars To Your Beautiful | PA 2-100-489 | Universal |
| Scatman | PA 839-183; PA 852-053 | Universal |
| Season Of The Witch | EU 956775; RE 654-984 | Peer |
| Secret Love Song | PA 2-096-071 | Universal |
| Seinfeld - Theme | PA 475-198 | Universal |
| Senorita | PA 2-227-642 | Reservoir |
| Separate Ways | PAu 425-539 | Hipgnosis |
| Sequence, The | PA 2-061-650 | Universal |
| Session | PA 1-256-413 | Universal |
| Seven Wonders | PA 332-444 | Universal |
| Seventeen | PA 2-065-814 | Universal |
| Sexy Boy | PA 970-121 | Universal |
| SexyBack | PA 1-165-048 | Reservoir; Universal |
| Shallow | PA 2-149-916; PA 2-200-558 | Concord Music |
| Shape Of You | PA 2-158-357 | Spirit |
| She Got The Best Of Me | PA 2-196-155 | Big Machine |
| Shook Ones Pt. I | PA 845-840 | Universal |
| Shooting Star | PA 1-821-130 | Universal |
| Shots | PA 1-999-933 | Universal |
| Show You | PA 1-936-470 | Universal |
| Sicko Mode | PA 2-235-722; PA 2-253-353 | Concord Music; Universal |
| Sign 'O' The Times | PA 322-108 | Universal |
| Sign Of The Times | PA 2-085-488 | Universal |
| Sigo Extranandote | PA 2-055-801 | Universal |
| Simple Man | EU 448563; RE 844-239; EU 448563; RE 851-734; PA 373-493 | Universal |
| Since I Don't Have You | EP 129827; RE 293-874 | Peer |
| Single Ladies (Put A Ring On It) | PA 1-672-219 | Peer |
| Sister Christian | PA 223-041 | Concord Music |
| Slide | PA 2-077-758 | Universal |
| Slippery | PA 2-083-325 | Universal |

\* Plaintiffs and Plaintiff groups as defined in the Complaint.

<u>Exhibit A</u>
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Slippery (Feat. Gucci Mane) | PA 2-089-448 | Concord Music |
| Slow Ride | EU 628839; RE 880-208 | Concord Music |
| Smack That | PA 1-396-085 | Universal |
| Snap Yo Fingers | PA 1-339-272 | Reservoir |
| Snowcone | SR 797-434; PRE 009-229 | Zimmerman; Kobalt |
| So Far Away | PA 253-319 | Universal |
| Solo | PA 2-177-702 | Universal |
| Somb | PA 2-294-771 | Zimmerman; Kobalt |
| Something Big | PA 1-938-374 | Hipgnosis |
| Sometimes | PA 932-239 | Universal |
| Somewhere I Belong | PA 1-256-410 | Universal |
| Somewhere Only We Know | PA 1-160-739 | Universal |
| Songbird | EU 772678; EP 373132 | Universal |
| Sorry | PA 2-083-542 | Universal |
| Sorry For Party Rocking | PA 1-824-163 | Universal |
| Sorry Not Sorry | PA 2-099-343 | Reservoir |
| Sound Of Da Police | PA 711-682 | Universal |
| Soy Yo | PA 2-250-737 | Hipgnosis |
| Splashin | PA 2-175-784 | Concord Music |
| Spongebob Squarepants Theme | PA 1-015-908 | Universal |
| Starboy | PA 2-082-942 | Universal |
| Started From The Bottom | PA 1-893-532 | Universal |
| State Of My Head | PA 2-052-644; PA 2-052-089 | Universal |
| Staying Alive | EU 761684; PAu 618-264; PAu 159-820 | Universal |
| Step Off | PA 1-843-675 | Universal |
| Stereo Hearts | PA 1-779-603 | Universal |
| Still D.R.E. | PA 1-012-565 | Reservoir |
| Stir Fry | PA 2-122-824 | Reservoir; Universal |
| Stitches | PA 1-993-016 | Hipgnosis |
| Strangers | PA 2-113-525 | Universal |
| Straw-Buh-Buh-Buh-Buh-Berry Shortcake | PA 1-303-249 | Universal |
| Street Fighting Man | EP 274930; EU 70720; RE 721-964; RE 722-022 | ABKCO |
| Strutter | EU 456885; RE 853-183 | Universal |
| Stupid Love | PA 2-244-269; PA 2-251-557; PA 2-283-446 | Concord Music |
| Sucker For Pain | PA 2-076-970 | Universal |
| Suga Suga | PA 1-281-057 | Universal |
| Sugar | PA 1-947-805 | Universal |
| Sugar (Feat. Wynter) (Radio Edit) | PA 1-744-939 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Suit & Tie | PA 1-843-846 | Universal |
| Sultans Of Swing | PA 23-967 | Universal |
| Summer Nights | EP 299484; RE 826-139 | MPL |
| Summer Of '69 | PA 238-134 | Universal |
| Sunglasses At Night | PAu 539-648 | Peer |
| Sunny Afternoon | EFO 116035 | ABKCO |
| Super Bass | PA 1-852-528; PA 1-733-269 | Peer |
| Superlove (Ft. Oh Wonder) | PA 2-181-904 | Concord Music |
| Superman | PA 20-921 | Universal |
| Supermarket Flowers | PA 2-089-018; PA 2-148-361 | Spirit |
| Surfin' Bird | EU 820386 | Universal |
| Survival | PA 1-965-032 | Universal |
| Swallah | PA 2-081-025 | Universal |
| Sweatpants | PA 1-984-001 | Universal |
| Sweet Caroline | EP 277256; RE 748-468; EU 121-797; RE 748-767 | Universal |
| Sweet Home Alabama | EU 511375; EP333360; RE 857-056; RE 862-377 | Universal |
| Swervin | PA 2-290-707 | Reservoir |
| Swish Swish | PA 2-096-967 | Concord Music |
| Sympathy For The Devil | EP 274928; EU75421; RE 721-962; RE 722-024 | ABKCO |
| T Shirt | PA 2-083-293 | Universal |
| Taco Tuesday | PA 2-250-148 | Reservoir |
| Take A Bow | PA 1-692-696 | Universal |
| Take Me Home, Country Roads | EU 238954; RE 653-070 | Reservoir |
| Take Me With U | PA 217-249 | Universal |
| Take The Long Way Home | PA 32-064 | Universal |
| Take Your Time | PA 1-969-723; PA 1-927-496 | Spirit; Universal |
| Talk Dirty | PA 1-896-440 | Universal |
| Tangled Up | PA 1-887-519 | Universal |
| Taste | PA 2-162-961 | Reservoir |
| Tattooed Heart | PA 1-881-406 | Universal |
| Te Bote (Remix) | PA 2-197-460 | Universal |
| Telepatia | PA 2-291-776 | Concord Music |
| Telephone | PA 1-751-977 | Hipgnosis |
| Thank God I'm A Country Boy | EU 469657; RE 861-042 | Reservoir |
| That Part | PA 2-147-246 | Universal |
| That's Life | EU 833467; RE 571-011; RE 573-177 | Universal |
| That's What I Like | PA 2-070-329 | Universal |
| The Christmas Song (Chestnuts Roasting On An Open Fire) | EP 9190; R567906; R581558 | MPL |

\* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| The Glory of Love | EU 120271; EP 54655 | Reservoir |
| The Great Pretender | EP 95703; RE 166-522 | Peer |
| The Land Of Lola | PA 1-881-443 | Spirit |
| The Way Life Goes | PA 2-176-343; PA 2-229-048 | Concord Music |
| There Was This Girl | PA 2-135-434 | Peer |
| There's Nothing Holdin' Me Back | PA 2-131-804 | Hipgnosis; Universal |
| These Boots Are Made For Walkin' | EU 915461; RE 612-396 | Universal |
| They Don't Know | PA 2-114-957 | Universal |
| Thousand Miles, A | PA 1-102-367; PA 1-287-368 | Universal |
| Three Little Birds | EU 797352; RE 541-765 | Universal |
| Three Pound Chicken Wing | SR 797-434; PRE 009-229 | Zimmerman; Kobalt |
| Through The Years | PAu 300-262 | Universal |
| Throw Sum Mo | PA 1-986-485 | Universal |
| Thugz Mansion | PA 1-115-087 | Universal |
| Thunder | PA 2-113-702 | Universal |
| Thunder Rolls, The | PA 403-216 | Universal |
| Tie A Yellow Ribbon 'Round The Ole Oak Tree | EU 347522; RE 828-700 | Peer |
| Tijuana Taxi | EU 904124; RE 608-264; EP 207881; RE 608-222 | Universal |
| Time | PA 1-732-104 | Universal |
| Tints | PA 2-161-191 | Universal |
| Tokyo Drift (Fast And Furious) | PA 1-634-783 | Universal |
| Tomorrow | EP 375544; PA 62-290; RE 918-277 | MPL |
| Too Young | PA 2-163-355 | Universal |
| Toosie Slide | PA 2-251-097 | Concord Music |
| Towards The Sun | PA 1-986-643 | Universal |
| Tragedy | PAu 618-225; PA 42-318; PA 23-833; PA 209-364 | Universal |
| Treat You Better | PA 2-082-557 | Hipgnosis; Universal |
| Trip | PA 2-162-412 | Peer |
| True Love | PA 1-817-461 | Universal |
| Trumpets | PA 1-896-437 | Universal |
| T-Shirt | PA 2-073-629 | Reservoir |
| Tuesday (Club Goin Up) | PA 1-951-061 | Universal |
| Tuesday's Gone | EU 448561; RE 851-732 | Universal |
| Turn On The Lights | PA 1-856-326 | Universal |
| Twist And Shout | EP 186463; RE 606-279 | MPL |
| Twistin' The Night Away | EP 161274; EU 701315; RE 475-431; RE 475-433 | ABKCO |
| U Got The Look | PA 339-613 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Umbrella | PA 1-355-560 | Peer |
| Unanswered Prayers | PA 455-934; PA 514-940 | Universal |
| Undead | PA 1-793-059 | Universal |
| Under My Thumb | EP 274945; EU 951553 | ABKCO |
| Unforgettable | PA 2-084-510 | Universal |
| Uninvited | PA 921-947 | Universal |
| Up Around The Bend | EU 173739; RE 667-203 | Concord Music |
| Up Like Trump | PA 1-986-483 | Universal |
| Uptown Funk | PA 1-935-952; PA 1-938-200 | Concord Music |
| Versace On The Floor | PA 207-0322 | Universal |
| Waiting For The End | PA 1-725-611 | Universal |
| Wake Me Up | PA 1-932-520; PA 1-899-727 | Universal |
| Walk It Talk It | PA 2-181-710 | Reservoir |
| Walk Like An Egyptian | PA 278-841 | Peer |
| Walk Of Life | PA 253-319 | Universal |
| Walking On A Dream | PA 2-081-713 | Universal |
| Walking With Dinosaurs | exempt | Concord Music |
| Walls Could Talk | PA 2-113-518 | Universal |
| Wannabe | PA 823-685 | Universal |
| Want To Want Me | PA 2-045-068 | Hipgnosis; Universal |
| Warmth Of The Sun, The | EU 818197; RE 574-313 | Universal |
| Watch Me | PA 2-014-703 | Peer |
| Watching You | PA 1-323-481 | Reservoir |
| Watermelon Sugar | PA 2-250-681; PA 2-265-071 | Concord Music |
| Waves | PA 2-088-716 | Universal |
| Way I Are (Dance With Somebody), The | PA 2-090-724 | Universal |
| Way, The | PA 1-881-410 | Universal |
| We Are | PA 1-861-559 | Universal |
| We Are Bulletproof: The Eternal | PA 2-243-115 | Universal |
| We Belong Together | PA 1-276-066; PA 1-163-150; PA 1-287-902; PA 1-289-348; PA 1-162-027; PA 1-285-727 | ABKCO |
| We Built This City | PA 265-529; PA 264-311 | Universal |
| We Dem Boyz | PA 1-982-318; PA 1-937-716 | Universal |
| We Make It Bounce | PA 1-991-136 | Universal |
| We Need A Little Christmas | EP 220560; RE 656-307 | MPL |
| Welcome To My Nightmare | EU 552511; RE 875-717; RE 878-852 | Spirit |
| We're Not Gonna Take It | PA 226-789 | Universal |
| What Do You Mean | PA 1-996-404; PA 2-083-524 | Universal |
| What Goes Around | PA 1-165-051; PA 1-780-251 | Universal |
| What I Got | PA 813-740 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| What I've Done | PA 1-167-574; PA 1-602-911; PA 1-708-260 | Universal |
| Whatcha Say | PA 1-712-977 | Universal |
| What's My Name | PA 1-741-634 | Peer |
| What's Your Name | EU 853395; RE 910-337 | Universal |
| When Doves Cry | PAu 609-914; PA 220-373 | Universal |
| When It Rains It Pours | PA 2-084-933 | Big Machine |
| When We Were Young | PA 2-045-553 | Universal |
| Where Are U Now | PA 2-083-643 | Universal |
| Where Have You Been | PA 1-785-178 | Universal |
| Where Is My Mind? | PA 608-974 | Universal |
| Where Is The Love? | PA 1-249-866; PA 1-220-894; PA 1-158-849 | Reservoir; Universal |
| Where The Green Grass Grows | PA 886-121 | Universal |
| Where Ya At | PA 1-990-184 | Universal |
| While My Guitar Gently Weeps | EF 33265; RE 746-835 | Concord Music |
| White Flag | PA 1-131-977 | Spirit |
| Who Are You | PAu 51-060; PA 38-596 | Spirit |
| Who'll Stop The Rain | EP 271324; EU 156192; RE 667-201 | Concord Music |
| Why Generation | PA 2-161-846 | Hipgnosis |
| Why You Wanna Treat Me So Bad | PA 64-965; PA 238-841 | Universal |
| Wild Things | PA 2-100-484 | Universal |
| Wings | PA 1-895-347 | Universal |
| With Arms Wide Open | PA 969-200 | Reservoir |
| Without Me | PA 2-181-449; PA 2-185-008; PA 2-193-586 | Reservoir; Universal |
| Wolves | PA 2-095-349 | Reservoir |
| Womanizer | PA 1-888-788 | Universal |
| Wonderful Christmastime | PAu 154-113; PA 52-301 | MPL |
| Wonderful World, (What A) | EP 143015; EP 143803; EU 567694; RE 361-641; PAu 819-609 | ABKCO |
| Won't Get Fooled Again | EP 289128; RE 707-760 | Spirit |
| Word Up | PA 321-203; PAu 890-600 | Universal |
| Work | PA 1-981-018 | Universal |
| Work | PA 2-103-251 | Universal |
| Work (Put It In) | PA 1-753-428 | Reservoir |
| Work Bitch | PA 1-917-953 | Universal |
| Work From Home | PA 2-060-658 | Universal |
| World Is Yours, The | PA 921-809 | Universal |
| Worst Behavior | PA 1-967-813 | Universal |
| Wouldn't It Be Nice | EU 948191; RE 662-433 | Universal |
| X Gon Give It To Ya | PA 2-031-806 | Universal |

* Plaintiffs and Plaintiff groups as defined in the Complaint.

**Exhibit A**
**Examples of Plaintiffs' Musical Compositions**
**Infringed by Roblox**

| Title of Work | Copyright Registration No. | Plaintiff(s)* |
|---|---|---|
| Xanny | PA 2-190-160 | Universal |
| Yeah 3X | PA 1-750-521 | Universal |
| You And Me | PA 1-916-093 | Universal |
| You Are My Sunshine | EP 83392; R403741 | Peer |
| You Are Not Alone | PA 789-976 | Universal |
| You Da One | PA 1-778-697 | Universal |
| You Give Love A Bad Name | PA 305-251; PAu 872-473 | Universal |
| You Know You Like It (DJ Snake Version) | PA 1-906-019 | Universal |
| You Make Lovin Fun | EU 713071; RE 904-490; PA 1-162-955 | Universal |
| You Oughta Know | PA 705-728 | Concord Music |
| You Raise Me Up | PA 1-133-116 | Peer |
| You Send Me | EP 276312; EU 491316; RE 713-603 | ABKCO |
| You Should See Me In A Crown | PA 2-173-035 | Universal |
| You'll Never Walk Alone | EP 137430; R560330 | Concord Music |
| Young, Wild & Free | PA 1-818-483 | Universal |
| Youngblood | PA 2-122-817 | Reservoir |
| Your Man | PA 1-163-481 | Spirit |
| Yummy | PA 2-230-613 | Peer; Universal |
| Zeze | PA 2-181-471 | Reservoir |

\* Plaintiffs and Plaintiff groups as defined in the Complaint.